# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Edward L Benfield, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-00206-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Nancy A. Berryhill, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 6, 2019 Order.

September 6, 2019

Frank G. Johns, Clerk
United States District Court