# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:18-CV-00206-GCM

| | |
|---|---|
| EDWARD L. BENFIELD, | |
| Plaintiff, | |
| v. | **ORDER** |
| NANCY A. BERRYHILL, | |
| Defendant. | |

**THIS MATTER** is before the Court pursuant to the per curiam opinion and judgment of the United States Court of Appeals for the Fourth Circuit, which vacated and remanded the district court's judgment with instructions to remand the case to the agency for further proceedings consistent with the Fourth Circuit's opinion, a copy of which is attached.

**IT IS HEREBY ORDERED** that this case is remanded to the agency for further proceedings consistent with the Fourth Circuit's opinion.

**SO ORDERED**.

Signed: November 17, 2020

Graham C. Mullen
United States District Judge